DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN CHARLES SOLOMON, II,**
Appellant,

v.

**BERTRAM ROBINSON,**
Appellee.

No. 4D2024-1574

[January 8, 2025]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502023CA002381.

Michael J. Dono, Jerry D. Hamilton, and Bradley A. Silverman of Hamilton, Miller & Birthisel LLP, Miami, for appellant.

Christopher S. Prater, Jonathan E. Pollard, and Michael A. Boehringer of Pollard PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Fed. Ins. Co. v. Perlmutter*, 376 So. 3d 24, 34 (Fla. 4th DCA 2023) (holding that the trial court is required "to make a preliminary determination of whether a reasonable jury, viewing the totality of proffered evidence in the light most favorable to the movant, could find by clear and convincing evidence that punitive damages are warranted," and that "the preliminary determination by the trial court considers the evidence presented by all parties and gives the movant the benefit of all reasonable inferences") (emphasis omitted); *see also Marder v. Mueller*, 358 So. 3d 1242, 1246 n.1 (Fla. 4th DCA 2023) (noting that the trial court "must also weigh the other side's showing when determining whether a reasonable evidentiary basis exists to recover punitive damages").

DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*